# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

HARD YAKA LLC,

        Plaintiff(s),

vs.

KEVIN LEISKE, et al.,

        Defendant(s).

Case # 2:25-cv-00387-CDS-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No. 8]

        Jonathan A. Patchen        , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Willkie Farr & Gallagher LLP
        (firm name)

with offices at        333 Bush Street, 34th Floor        ,
        (street address)

    San Francisco    ,    California    ,    94104    ,
    (city)        (state)        (zip code)

    415-858-7400    ,    JPatchen@willkie.com    .
(area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Kevin Leiske, Brett Beldner, Margaret Slemmer and Chris Lewis  to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____06/21/2005_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____California_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, 5th Cir. | 02/25/2019 | n/a |
| U.S. Court of Appeals, 9th Cir. | 03/01/2004 | n/a |
| U.S. Court of Appeals, Fed. Cir. | 02/14/2017 | n/a |
| U.S. District Court, C.D. Cal. | 06/28/2005 | CA SBN 237346 |
| U.S. District Court, E.D. Cal. | 03/01/2004 | CA SBN 237346 |
| U.S. District Court, N.D. Cal. | 07/15/2005 | CA SBN 237346 |
| (See Attachment 1 re Additional Admissions) | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association
New York Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                    _____
                                                                       Petitioner's signature
   STATE OF _____California_____ )

5                                              )
   COUNTY OF ___San Francisco___ )

6

7    _____Jonathan A. Patchen_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                                    _____
                                                                       Petitioner's signature

10  Subscribed and sworn to before me this

11  __6ᵀᴴ__ day of __MARCH__, __2025__.

12

13  ____Marsi A. Allard____
              Notary Public or Clerk of Court

14

15

16         **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
           **THE BAR OF THIS COURT AND CONSENT THERETO.**

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____H. Stan Johnson_____,
                                                                                    (name of local counsel)

19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____375 E. Warm Springs Road, Suite 104_____,
                                          (street address)

24
   _____Las Vegas_____, _____Nevada_____, ___89119___
           (city)                            (state)                  (zip code)

25

26  _____(702) 823-3500_____, ___sjohnson@cohenjohnson.com___.
       (area code + telephone number)              (Email address)

27

28                                              4                                  Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7       The undersigned party(ies) appoint(s) _____ H. Stan Johnson _____ as
                                                            (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11
    Intervening Defendant, Joseph Christopher Lewis
12  _____
    (type or print party name, title)

13
    _____
14  (party's signature)

15
    _____
16  (type or print party name, title)

17                               **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  265                              sjohnson@cohenjohnson.com
    Bar number                       Email address
22

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                                    5                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ H. Stan Johnson _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Signed by:

Margaret Slemmer
_____
(party's signature)

Intervening Defendant, Margaret Slemmer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

265                              sjohnson@cohenjohnson.com
Bar number                       Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ H. Stan Johnson _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

9

10  Brett Beldner
_____
(party's signature)

11  Intervening Defendant, Brett Beldner
12  (type or print party name, title)

13  _____
(party's signature)

14

15  _____
(type or print party name, title)

16

17  **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
Designated Resident Nevada Counsel's signature

21  265                         sjohnson@cohenjohnson.com
Bar number              Email address

22

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  _____
UNITED STATES DISTRICT JUDGE

27

28                          5                      Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____H. Stan Johnson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Intervening Defendants , Kevin Leiske
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

265_____    sjohnson@cohenjohnson.com
Bar number                        Email address

APPROVED:

Dated: this __18th__ day of __March__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16