1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HARD YAKA LLC,

   Plaintiff(s),

 vs.

KEVIN LEISKE, et al.,

   Defendant(s).

Case # 2:25-cv-00387-CDS-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No. 10]

  Ann N. Hopkins, Petitioner, respectfully represents to the Court:
(name of petitioner)

 1. That Petitioner is an attorney at law and a member of the law firm of

Willkie Farr & Gallagher LLP
(firm name)

with offices at 333 Bush Street, 34th Floor,
(street address)

San Francisco, California, 94104,
(city) (state) (zip code)

415-858-7400, AHopkins@willkie.com.
(area code + telephone number) (Email address)

 2. That Petitioner has been retained personally or as a member of the law firm by

Kevin Leiske, Brett Beldner, Margaret Slemmer and Chris Lewis to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _05/21/2019_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _California_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, N.D. Cal. | 02/14/2022 | CA SBN 325474 |
| U.S. District Court, C.D. Cal. | 11/18/2019 | CA SBN 325474 |
| U.S. District Court, E.D. Cal. | 11/22/2019 | CA SBN 325474 |
| U.S. District Court, S.D. Cal. | 11/18/2019 | CA SBN 325474 |
| State Bar of MA | 11/29/2023 | BBO # 713898 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association
Massachusetts Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
                            )
COUNTY OF __San Francisco__ )

____Ann N. Hopkins____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__6TH__ day of __MARCH__, __2025__.

__Marsi A. Allard__
Notary Public or Clerk of Court

MARSI A. ALLARD
Notary Public - California
San Francisco County
Commission # 2504588
My Comm. Expires Nov 16, 2028

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __H. Stan Johnson__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__375 E. Warm Springs Road, Suite 104__,
(street address)

__Las Vegas__, __Nevada__, __89119__,
(city)        (state)        (zip code)

__(702) 823-3500__, __sjohnson@cohenjohnson.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____H. Stan Johnson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Intervening Defendant, Joseph Christopher Lewis
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

265                         sjohnson@cohenjohnson.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____H. Stan Johnson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Signed by:
*Margaret Slemmer*
____DBE012B9C8AF466____
(party's signature)

Intervening Defendant, Margaret Slemmer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

265                         sjohnson@cohenjohnson.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____H. Stan Johnson_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

Signed by:
*Brett Beldner*
E95EF1291981427
(party's signature)

Intervening Defendant, Brett Beldner
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

265                    sjohnson@cohenjohnson.com
Bar number             Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____H. Stan Johnson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Intervening Defendants , Kevin Leiske
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

265                          sjohnson@cohenjohnson.com
Bar number                   Email address

APPROVED:

Dated: this __18th__ day of __March__, 20 _25_

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16