Ann Niehaus Hopkins (Admitted *Pro Hac Vice*)
  ahopkins@willkie.com
WILLKIE FARR & GALLAGHER LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:   (415) 858-7400
Facsimile:    (415) 858-7599

Withdrawing Attorney for Intervening Defendants
Kevin Leiske, Brett Beldner, Margaret Slemmer, and Joseph Christopher Lewis

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HARD YAKA LLC, et al.,<br><br>                 Plaintiffs,<br><br>  vs.<br><br>KEVIN LEISKE, et al.,<br><br>                 Defendants. | Case No. 2:25-cv-00387-CDS-DJA<br>**ORDER RE:**<br>**MOTION TO WITHDRAW ATTORNEY ANN NIEHAUS HOPKINS AS COUNSEL FOR INTERVENING DEFENDANTS**<br><br>Courtroom:6B<br>Judge:     Hon. Cristina D. Silva |

Pursuant to Local Rule IA 11-6, Ann Niehaus Hopkins of Willkie Farr & Gallagher LLP hereby moves to withdraw as counsel for Intervening Defendants Kevin Leiske, Brett Beldner, Margaret Slemmer, and Joseph Christopher Lewis ("Intervening Defendants") and in support states as follows:

1. Intervening Defendants continue to be represented in this action by Benedict Y. Hur, Jonathan A. Patchen, and Yongbin Chang of Cooley LLP and Stan Johnson of Cohen Johnson, LLC.

2. Ms. Hopkins's withdrawal will not prejudice any of the parties or cause any delay in any pretrial proceedings, discovery, trial, or any hearing in the case.

3. Ms. Hopkins hereby certifies that she has served a copy of this motion upon the affected client and counsel of record.

4. Accordingly, good cause exists for granting leave to withdraw.

WHEREFORE, the undersigned respectfully requests the Court enter an Order granting her withdraw as counsel for Intervening Defendants in this matter.

Dated: June 27, 2025               WILLKIE FARR & GALLAGHER LLP

                                   By:    /s/ Ann Niehaus Hopkins
                                          Ann Niehaus Hopkins (Admitted *Pro Hac Vice*)

                                          Withdrawing Attorney for Intervening Defendants
                                          Kevin Leiske, Brett Beldner, Margaret Slemmer, and Joseph Christopher Lewis

**IT IS SO ORDERED.** The Clerk of Court is kindly directed to remove Ms. Hopkins' name from the CM/ECF service list.

DATED: 6/30/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I served a true copy electronically on designated recipients via electronic transmission of MOTION TO WITHDRAW ATTORNEY ANN NIEHAUS HOPKINS AS COUNSEL FOR INTERVENING DEFENDANTS as provided under the Federal Rules of Civil Procedure and CM/ECF.

Dated: June 27, 2025                    By:    */s/ Ann Niehaus Hopkins*
                                               Ann Niehaus Hopkins